Scott A. Glogovac, Esq.
Nevada Bar No. 226
**GLOGOVAC & PINTAR**
427 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 333-0400
Facsimile: (775) 333-0412

Attorneys for Plaintiff
*State Farm Fire and Casualty Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA MEDINA, individually; FRANK MEDINA, individually; ADRIAN GARCIA-AYALA, individually; and ALEXANDER WENZEL, individually,<br><br>Defendants. | Case No. 2:15-cv-01558-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff State Farm Fire and Casualty Company and Defendants Adrian Garcia-Ayala and Alexander Wenzel, by and through their undersigned counsel of record, hereby stipulate and agree that the above-entitled matter may be dismissed with prejudice, with each party to bear their own costs and attorney's fees.[1]

///
///
///
///

---

[1] The parties to this stipulation note that Defendants Pamela Medina and Frank Medina have not pled or otherwise appeared in this action.

DATED this 11th day of April, 2016.   DATED this 11 day of April, 2016.

GLOGOVAC & PINTAR   DE CASTROVERDE LAW GROUP

By: /s/ Scott A. Glogovac   By: /s/ Orlando De Castroverde
Scott A. Glogovac, Esq.   Orlando De Castroverde, Esq.
Nevada Bar No. 226   Nevada Bar No. 7320

Attorneys for Plaintiff   Attorneys for Defendants
*State Farm Fire and Casualty Company*   *Adrian Garcia-Ayala and Alexander Wenzel*

## ORDER

Based on the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED April 20, 2016.

_____
UNITED STATES DISTRICT JUDGE

GLOGOVAC & PINTAR
ATTORNEYS AT LAW
427 W. Plumb Lane
RENO, NEVADA 89509
(775) 333-0400

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(c), I, Mele D. Fonokalafi, certify that I am an employee of the law offices of Glogovac & Pintar, 427 West Plumb Lane, Reno, NV 89509, and that on April 11, 2016, I served the foregoing document(s) described as follows:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

On the party(s) set forth below by:

\_\_\_\_   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices, addressed as follows:

_X_   I electronically filed with the Clerk of the Court, using ECF, which sends an immediate notice of the electronic filing to the following registered e-filers for their review of the document in the ECF System:

Orlando De Castroverde, Esq., Attorney for Defendants.

\_\_\_\_\_   Personal delivery via messenger.

\_\_\_\_\_   Facsimile (FAX).

\_\_\_\_\_   Federal Express or other overnight delivery.

Dated: April 11, 2016

_____
Mele D. Fonokalafi